# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISRAEL SPENCE, individually and on behalf of all others similarly situated | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-1186-S |
| | § | |
| LINCOLN PROPERTY COMPANY COMMERCIAL, LLC | § | |

## ORDER

This Order addresses Plaintiffs' Unopposed Motion to Reassign, Relate Actions, Consolidate Actions, Appoint Interim Class Counsel, and Set Schedule ("Motion") [ECF No. 15 in Civ. Action No. 3:26-CV-1186-S]. The Motion is **GRANTED IN PART** to the extent it seeks consolidation. Pursuant to Federal Rule of Civil Procedure 42(a), the following cases are hereby consolidated with Civil Action No. 3:26-CV-1186-S, *Israel Spence, individually and on behalf of all others similarly situated v. Lincoln Property Company Commercial, LLC*:

- Civil Action No. 3:26-CV-1315-S, *Lauren Flint, individually and on behalf of all others similarly situated v. Lincoln Property Company Commercial, LLC*; and

- Civil Action No. 3:26-CV-1330-S, *Jimmy Castellanos, individually and on behalf of all others similarly situated v. Lincoln Property Company Commercial, LLC*.

The Clerk of Court is directed to administratively close all actions other than *Spence*.

The case file for the Consolidated Action will be maintained under Civil Action No. 3:26-CV-1186-S under the new case style: "*In Re Lincoln Property Company Commercial Data Breach Litigation.*"

When a pleading is intended to apply to all Actions to which this Order applies, the words "ALL ACTIONS" shall appear immediately after the words "This Document Relates To:" in the

caption. When a pleading is not intended to apply to all Actions, the docket number for each individual Action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words: "This Document Relates To:" in the caption (*e.g.*, "No. 3:26-CV-1315-S ("Flint")").

All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

The parties shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

If the Court determines that the case is related, the Clerk of Court shall:

- Place a copy of this Order in the separate file for such action;
- Serve on plaintiff's counsel in the new case a copy of this Order;
- Direct that this Order be served upon Defendant(s) in the new case; and
- Make appropriate entry in the Master Docket.

Once a subsequent related action is ordered to be consolidated into the Consolidated Action, the Clerk of Court is **DIRECTED** to administratively close that action. The Clerk of Court is **FURTHER DIRECTED** to transfer all documents already docketed in that related action into the Consolidated Action. All papers filed and served to date in such related action are deemed part of the record in the Consolidated Action.

This Order shall apply to the Consolidated Action, the above-listed two Related Actions, any other action that is subsequently consolidated into the Consolidated Action, and any other actions filed in or transferred or removed to this Court relating to the subject matter at issue in this case.

In light of the forthcoming consolidated complaint, Defendant shall not be required to respond to the original complaints filed in any of the above-captioned matters.

The Court shall enter a Case Management Order as soon as practicably possible.

**SO ORDERED.**

SIGNED July 28, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**